IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL MCLEAN : | |
| *ON HIS OWN BEHALF AND ON* : | |
| *BHEALF OF HIS SON, A.M., A MINOR* : | |
| : | |
| v. : | CIVIL ACTION NO. 19-4445 |
| : | |
| WALLINGFORD-SWARTHMORE : | |
| SCHOOL DISTRICT : | |

## ORDER

This 31st day of January, 2020, the parties having stipulated that no discovery is necessary, it is hereby **ORDERED** as follows:

1) Counsel shall meet and confer to agree upon the contents of the administrative record, and counsel shall provide a copy of the stipulated record to the Court.

2) Counsel for Plaintiffs shall proceed by filing a motion for summary judgment no later than **March 20, 2020**.

3) Defendant shall answer Plaintiffs' motion and file its counter-motion for judgment on the administrative record within 21 days after service of Plaintiffs' motion.

4) Plaintiff shall answer Defendant's counter-motion within 21 days after service of Defendant's motion.

5) Either party may file further reply briefs without leave of court.

                                                                          /s/ Gerald Austin McHugh
                                                                           United States District Judge